| | | |
|---|---|---|
| APRIL MITCHELL and K.M, | ) | |
| by and through her mother, | ) | |
| APRIL MITCHELL | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. |
| v. | ) | |
| | ) | |
| P.O. SMITH, P.O. GARCIA, | ) | |
| P.O. JOHN DOE, AND SGT. STEVEN, | ) | |
| individually, and the CITY OF RACINE | ) | |
| a Municipal Corporation, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

**NOW COME** the Plaintiff, APRIL MITCHELL, by and through her attorneys, Gregory

E. Kulis & Associates, Ltd., and in support of her Complaint against the Defendants, P.O. SMITH,

P.O. GARCIA, P.O. JOHN DOE, and SGT. STEVEN, individually, and the CITY OF RACINE,

a Municipal Corporation, states as follows:

## COUNT I – FALSE ARREST/SEIZURE

1.      This action is brought pursuant to the laws of the United States Constitution,

specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Wisconsin, to redress

deprivations of the Civil Rights of the Plaintiff, APRIL MITCHELL, accomplished by acts and/or

omissions of the Defendants, P.O. SMITH, P.O. GARCIA, P.O. JOHN DOE, and SGT. STEVEN,

committed under color of law.

2.      This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 1343 as this matter

involves issues of federal law.

3.      The Plaintiff, APRIL MITCHELL is a resident of the State of Wisconsin.

4. The Defendants, P.O. SMITH, P.O. GARCIA, P.O. JOHN DOE, and SGT. STEVEN were at all times relevant to the allegations of the Complaint, duly appointed Police Officers of the CITY OF RACINE and were acting within their scope of employment and under color of law.

5. On December 24, 2022, the Plaintiff, APRIL MITCHELL, was driving her vehicle with her son when she was stopped by Defendants..

6. P.O. SMITH, P.O. GARCIA, P.O. JOHN DOE, and SGT. STEVEN, pulled the Plaintiff, APRIL MITCHELL, over despite the fact that she had committed no traffic violation.

7. The Defendants pulled over the Plaintiff despite the fact that she had committed no crime.

8. The Defendants handcuffed the Plaintiff.

9. The Plaintiff, APRIL MITCHELL, cooperated.

10. The Defendants searched the Plaintiff and her vehicle.

11. The Defendant thereafter drove her to her home.

12. The Defendant thereafter took her in her home and held her there in custody, handcuffed.

13. The Plaintiff was not free to leave.

14. The Defendants held the Plaintiff handcuffed in custody in her own home.

15. There were no facts to support any probable cause that Plaintiff was committing any crime for which she needed to be handcuffed and seized.

16. The Defendants' actions constituted an unlawful arrest/seizure.

17. The actions of the Defendants were intentional and wanton.

18. As a result of the Defendants' actions, the Plaintiff was wrongfully seized.

19. The actions of the Defendants constituted a violation of the Plaintiff's Fourth Amended rights as protected by 42 U.S.C. § 1983.

20. As a result of the actions of the Defendants, the Plaintiff, APRIL MITCHELL, suffered fear, anxiety, pain and suffering, and emotional distress.

WHEREFORE, the Plaintiff, APRIL MITCHELL, prays for judgment in her favor and against the Defendants P.O. SMITH, P.O. GARCIA, P.O. JOHN DOE, and SGT. STEVEN in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees and costs.

## COUNT II – UNLAWFUL IMPRISONMENT

1-20. The Plaintiff hereby realleges and incorporates their allegations of paragraphs 1-20 of Count I as their respective allegations of paragraphs 1-20 of Count II as though fully set forth herein.

21. The Defendants did not have probable cause or a search warrant to enter the Plaintiff's home and hold her captive and handcuffed.

22. The actions of the Defendants were intentional and wanton.

23. The actions of the Defendants constituted a violation of the Plaintiffs' Fourth Amended rights as protected by 42 U.S.C. § 1983.

24. As a result of the actions of the Defendants, the Plaintiffs, APRIL MITCHELL, suffered fear, anxiety, pain and suffering, emotional distress, and money damages.

WHEREFORE, the Plaintiff, APRIL MITCHELL, pray for judgment in his favor and against the Defendants P.O. SMITH, P.O. GARCIA, P.O. JOHN DOE, and SGT. STEVEN in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees and costs.

## COUNT III – K.M., a minor

1-24. The Plaintiff K.M., a minor, by her mother, hereby re-alleges and incorporates her

allegations of paragraphs 1-24 of Count II.

25. K.M. is the twelve-year-old minor daughter of April Mitchell.

26. During the whole time April Mitchell was held handcuffed in her home, K.M. was present and awake.

27. There was no possible cause or basis to hold K.M..

28. K.M., a minor, saw her mother handcuffed and witnessed the police in her home for approximately eight hours.

29. The actions of the Defendants were intentional, willful, and wanton.

30. As a result of the actions of the Defendants, the Plaintiff K.M., a minor, suffered fear, anxiety, pain, suffering, and emotional distress.

31. The actions of the Defendants constituted violations of Plaintiffs' Fourth and Fourteenth Amendment rights as protected by 42 U.S.C. § 1983.

WHEREFORE, the Plaintiff, K.M., a minor, by her mother, April Mitchell, prays for judgment in her favor and against the Defendants P.O. SMITH, P.O. GARCIA, P.O. JOHN DOE, and SGT. STEVEN in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees and costs.

### COUNT III – CITY OF RACINE/ INDEMNIFICATION

1-24. Plaintiffs hereby re-alleges and incorporates their allegations of paragraphs 1-24 of Counts I & II as their respective allegations of paragraph 1-24 of Count III as though fully set forth herein.

25. Wisconsin law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

26.     Defendants P.O. SMITH, P.O. GARCIA, P.O. JOHN DOE, and SGT. STEVEN are or were employees of the CITY OF RACINE and acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants P.O. SMITH, P.O. GARCIA, P.O. JOHN DOE, and SGT. STEVEN be found liable for the acts alleged above, the Defendant CITY OF RACINE would be liable to pay the Plaintiff any judgment obtained against said Defendants.

WHEREFORE, the Plaintiffs, APRIL MITCHELL and K.M., a minor, pray for judgment against the Defendant CITY OF RACINE for reasonable compensatory damages plus attorney's fees and costs.

## **JURY DEMAND**

The Plaintiffs, APRIL MITCHELL and K.M., a minor, hereby request a trial by jury.

Respectfully submitted,
APRIL MITCHELL

By: _____

Gregory E. Kulis

Gregory E. Kulis 6180966
Gregory E. Kulis & Associates, Ltd.
134 North LaSalle Street, Suite 444
Chicago, Illinois 60602-3368
p. (312) 580-1830 / f. (312) 580-1839
e. service@kulislawltd.com
Pursuant to Illinois Supreme Court Rules 11(b)(6) and 131(d)(1) e-service is accepted solely at service@kulislawltd.com.